# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LAWRENCE MARVIN WILSON,      :   No. 6 EM 2020
:
            Petitioner        :
:
:
           v.            :
:
:
:
THE PHILADELPHIA COUNTY COURT OF   :
COMMON PLEAS,            :
:
         Respondent      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 27th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for a Writ of Mandamus and/or Extraordinary Relief" is DENIED.